**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph R. GORMAN, Defendant–**
**Appellant.**

No. 09–10313
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 21, 2009.

Joseph R. Gorman, Butner, NC, pro se.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Joseph R. Gorman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Gorman's conviction and sentence are **AFFIRMED.**